IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BILLY RANDALL KEEF, JR. | ) | |
| | ) | |
| vs. | ) | CV 03-B-8036-M |
| | ) | CR 02-B-121-M |
| UNITED STATES OF AMERICA | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 1, 2006 recommending that the Motion to Vacate be denied. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the Motion to Vacate is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 25th day of August, 2006.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE